UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Raphael De Jesus Duran,

                  **Plaintiff,**

-against-

34th Street Diner, Inc., et al.,

                  **Defendants.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2020

1:18-cv-03686 (SDA)

ORDER SCHEDULING FINAL <u>PRETRIAL CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a final pretrial conference on Tuesday, February 18, 2020 at 10:30 a.m. in Courtroom 11C, 500 Pearl Street, New York, NY 10007. The parties shall be prepared to discuss any dispositive motions, a trial date, and the Joint Pretrial Order required by Section IV.B of Judge Aaron's Individual Practices.

**SO ORDERED.**

DATED:     New York, New York
              January 28, 2020

_____
STEWART D. AARON
United States Magistrate Judge