UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2020
```

RAPHAEL DE JESUS DURAN, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

             Plaintiff,

-against-

34th STREET DINER, INC.
d/b/a TICK TOCK DINER and TRATTORIA BIANCA
and ALEX SGOURDOS

             Defendants.

Case No.: 1:18-cv-3686 (SDA)

**STIPULATION OF VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants, 34TH STREET DINER, INC. d/b/a TICK TOCK DINER and TRATTORIA BIANCA and ALEX SGOURDOS with the parties to bear responsibility for their own respective fees and costs.

For the Defendants:

By: _____
Jeffrey Pollack, Esq.
Mintz & Gold LLP
600 Third Ave., 25th Floor
New York, NY 10016
Telephone: (212) 696-4848
pollack@mintzandgold.com

Date: 2/13/20

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 W. 24th Street, Eighth Floor
New York, NY 10011
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 2-13-20

SO ORDERED

_____
U.S.M.J.

Dated: February 18, 2020